**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GUIFENG HUANG,

                             Petitioner,

          -against-

JUDITH ALMODOVAR, in her official capacity as
Field Office Director of Enforcement and Removal
Operations, New York City, Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S. Department
of Homeland Security; PAMELA BONDI, in her
official capacity as Attorney General of the United
States; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW;

                         Respondents.
-----------------------------------------------------------------X

26 **CIVIL** 1293

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 20, 2026, Ms. Huang's Petition is granted;

accordingly, the case is closed.

**DATED:** New York, New York
            February 27, 2026

                           **TAMMI M. HELLWIG**
                          _____
                             **Clerk of Court**

          **BY:**          K. mango

                             _____
                             **Deputy Clerk**